# UNITED STATES DISTRICT COURT
for the
Eastern District of California ▼

| | |
|---|---|
| United States of America<br>v.<br>Christopher, Hockenberry<br><br>*Defendant(s)* | )<br>)<br>) Case No. 3:20-mj-0002 DMC<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of ___1/2/2020___ in the county of ___Shasta___ in the
___Eastern___ District of ___California___, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 43 CFR 8365.1-4 (b)(2) | possesion of a controlled Substance |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Joshua Root BLM Ranger
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __Jan 14 2020__

_____
*Judge's signature*

City and state: __Redding, California__

_____
*Printed name and title*

Affidavit in Support of Criminal Complaint, Chris Hockenberry

1. My name is Joshua Root, I am a Law Enforcement Officer currently assigned to the BLM Redding Field Office. I have been assigned to the Field office in my capacity since 2010.

2. My duties focus on enforcing laws and regulations related to the occupancy and use of BLM managed lands. They include identifying unauthorized uses of public land including investigating the manufacturing, transportation, possession, distribution and sales of controlled substances as defined in Title 21 of the United States Code and Section 11000 of the California Health and Safety Code (respectively known as the controlled substances act). I am also responsible for enforcement of all federal laws and regulations related to the use, management, and development of the public lands and their resources, including activities related to the administration of the public lands; whose authority is defined in Title 43 United States Code, Section 1733.

3. I am a sworn federal law enforcement officer and I have state peace officer authority in accordance with California

Penal Code 830.8 (a) and 830.8(b) in Butte County. I have over 9 years of experience enforcing laws and investigating criminal activity on public lands. I am a graduate of the Land Management police Training Program, Criminal Investigator program at the Federal Law Enforcement Training Center in Brunswick, GA.

4. I have also received formal training in unauthorized land uses, realty trespass investigations, natural resource theft, environmental crimes, fire investigation, drug enforcement, photography, interview and interrogation techniques, behavioral analysis (non-verbal communication), surveillance techniques, medical marijuana investigations and identifying land status.

5. I have conducted natural resource theft, cultural resource theft, dumping, hazardous materials, drug, and property crime investigations. I have spoken to and interviewed admitted drug dealers, drug users, burglars, and thieves as to the manner in which they commit and conceal their crimes.

6. I am currently serving as a police canine handler. My partner Bej (bay) is a dual purpose Narcotics and patrol

dog. We have been dually certified with the federal government and the State of California. Due to my certification as a narcotics canine team I have investigated thousands of narcotics case and assisted in thousands of cases involving the use, selling, transportation, processing of illegal narcotics.

7. I hold certification from Shasta College in natural resource management and erosion control. I have performed and have experience and knowledge in wildlife biology, timber and forest management. I have worked in the survey or cruising of timber for sale as well as forest management techniques. I have conducted surveys for wildlife including owls, migratory birds, and birds of prey. I have conducted surveys for archeological sites and entered archeological sites into federal records as well as conduct excavations. I have organized and written NEPA (national environmental protection act) documents to conduct forest thinning projects to improve forest health, reduce fire danger, and promote wildlife habitat. During the course of my 15 year career I have worked closely with a wide variety of natural resource specialist in every aspect of natural resource management.

8. During the course of my employment I have conducted hundreds of raids of drug processing sites, drug houses, parcels and open fields used to grow, process, hold, and distribute illegal narcotics. I have also written search warrants that have resulted in the successful prosecution of persons involved in criminal activity.

9. Overview. My investigation will show that Chris Hockenbery was in possession of drugs on federal property on the date of 1/2/2020

10. In December I received information from the BLM Redding field office of a suspicious camp in the area of Cline Gulch road in Shasta county. The complaint alleged that the camp had been in place for more than the days allowed for camping and that the occupants of the camp had been in the French Gulch area causing as nuisance to residents there.

11. I went to the camp to investigate. When I arrived, I saw a red minivan and an older RV parked. In the camp area there was a substantial amount of personal property and trash. I contacted two males and a female. During the course of our conversation one of

the males Chris Hockenberry( HOCKENBERRY) and the female told me they were on probation. the female said in substance she had been convicted of maintaining a drug house. Chris Hockenberry said he was on probation for stealing a car. I asked if anyone in the camp had drugs. All three said that they did not. All of them consented to a search both of their person and the vehicles.

12. During the search I found a loaded needle in a backpack inside the red minivan. I asked HOCKENBERRY if the bag was his and he confirmed that it was. I also found women's jewelry numerous belt buckles. when I conducted a search of his person, he had a plastic vile of gold dust in his pocket. He told me in substance that it contained about an ounce of gold worth several hundred dollars. During the search of the camp I did not see any mining equipment only hand tools. Hockenberry told me he had only arrived the night before. I also noticed that HOCKENBERRY was using a cast iron pan over a fire to remove gold he said he found from impurities.

13. I asked HOCKENBERRY when the last time he used Meth, and he told me in substance; that he used Meth two days earlier. I detained HOCKENBERRY and drove to where I could get cell reception to contact the Shasta County probation department. I talked with a probation Officer who told me that HOCKENBERRY was on formal probation and was facing additional charges in Shasta county. The probation Officer confirmed that HOCKENBERRY was in the Step-up program and that he was supposed to be attending school at Shasta college.

14. I arrested HOCKENBERRY for possession of a controlled substance on Federal property a Violation of 43 CFR 8365.1-4(b)(2) a class A misdemeanor committed in my presence.

15. It is my belief that HOCKENBERRY was under the influence of narcotics and was not meeting his obligation and terms of his probation. I also believe that he was melting down jewelry he received from an unknown party in an effort to take it to be past off as found gold out of a gold claim and that any money would be used to purchase more drugs. I believe this based on my knowledge of the area and my experience conducting mining compliance checks on several hundred

mining operations. In my experience it would be very unlikely that in less than 24 hours Hockenberry found one once of gold along the creek without any proper mining tools and in area where I have contacted miners who worked for several weeks that only found a ¼ of the amount HOCKENBERRY said he found. Unfortunately, I was unsuccessful on locating any record of evidence to support that the items HOCKENBERRY possessed (women's Jewelry) was stolen or not his own personal property. Given HOCKENBERRY's past history and record I was suspicious and remain skeptical that this is the case.

16. I transported HOCKENBERRY to the Shasta county Jail where he was booked and released. He received a court date of January 14th at nine AM before the Federal Judge in Redding.